UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO: 1:17-cv-00244-MR
[Criminal Case No: 1:14-cr-00004-MR-1]

| | |
|---|---|
| ROBert MAILLET, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [Doc. 1].

The Court has conducted an initial screening of the Motion under the Rules Governing Section 2255 Proceedings in the United States District Courts, Rule 4(b), 28 U.S.C.A. foll. § 2255, and finds that neither Petitioner, nor a person authorized by Petitioner, has signed the Motion under penalty of perjury, as required by Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings. The Court shall direct the Clerk of Court to return the Motion to Petitioner so that he may sign it under penalty of perjury. Failure of Petitioner to comply with this Order shall result in the dismissal of the Motion to Vacate.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall return

Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. 1] to him. Petitioner shall have fifteen (15) days from receipt of the Motion to sign it <u>under penalty of perjury</u> and return it to the Clerk of Court. Failure of Petitioner to comply with this Order shall result in the dismissal of the Motion to Vacate.

**IT IS SO ORDERED.**     Signed: September 11, 2017

Martin Reidinger
United States District Judge